USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-v-

JOHN K. GLAISTER,

                Defendant.

20 Civ. 3583 (NSR)

**JUDGMENT**

---

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Plaintiff the United States of America (the "United States") shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 in the above-captioned action against Defendant John K. Glaister in the amount of $121,669, plus interest accruing under 31 U.S.C. § 3717(a)(1) from May 15, 2018, until the date of entry of this judgment, and interest accruing under 28 U.S.C. § 1961 after the date of entry of this judgment, plus penalties under 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from May 15, 2018, until the judgment is paid in full, less any payments made and credited against the foregoing as of the date of entry of this judgment; and the United States shall have execution therefor.

SO ORDERED:

_____
HON. NELSON S. ROMÁN
United States District Judge

Dated: October 3, 2022
         White Plains, NY